**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**M. Alberto CUELLAR–ARRELLANO,**
**Defendant–Appellant.**

**No. 06–40767**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 13, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

M. Alberto Cuellar–Arrellano (Cuellar) seeks leave to proceed in forma pauperis (IFP) on appeal. To proceed IFP on appeal, Cuellar must show that he is a pauper and that he will raise a nonfrivolous issue on appeal. *See Carson v. Polley,* 689 F.2d 562, 586 (5th Cir.1982).

Cuellar has appealed from the denial of an unauthorized, meaningless motion. *See United States v. Early,* 27 F.3d 140, 141–42 (5th Cir.1994). The appeal is without arguable merit and is therefore dismissed as frivolous. *Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2. His motion for IFP status is denied.

IFP DENIED; APPEAL DISMISSED.